IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| HAYDEN AND AUTUMN RYAN, INDIVIDUALLY AND AS PARENTS AND NEXT FRIENDS OF THEIR MINOR SON C.R.,<br><br>Plaintiffs,<br>v.<br><br>UNITEDHEALTHCARE LIFE INSURANCE COMPANY,<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§ C.A. No. 4:18-cv-00206-GKF-FHM<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## **FINAL JUDGMENT**

Be it remembered that on this 8th day of November, 2018 appeared Plaintiffs Hayden Ryan and Autumn Ryan, individually and as parents and next friends of their minor son C.R. (sometimes collectively, "Plaintiffs"), in person and by and through their attorney of record, and Defendant UnitedHealthcare Life Insurance Company ("Defendant"), by and through its attorney of record. Also appeared was Ted Sherwood, Esq., the court appointed guardian *ad litem* for C.R.

The parties and the guardian *ad litem* advised the Court that all matters and things in controversy have been settled and/or compromised subject to the approval of the Court and that the guardian *ad litem*, after review, found that the settlement is in the best interests of the minor and recommended that it be approved by the Court.

The Court, having heard the testimony, evidence, arguments of counsel, and having been advised of the settlement terms, makes the following findings and rulings:

The Court finds that all parties necessary and proper to the settlement and/or resolution of the case are before the Court;

The Court further finds that both Hayden Ryan and Autumn Ryan are competent to enter into the settlement agreement as next friend of C.R., a minor;

The Court further finds that both Hayden Ryan and Autumn Ryan, individually and as next friend of C.R., a minor, have approved the written settlement agreement with Defendant, under the terms of which the net settlement proceeds of C.R., will be deposited into an account in the name of a special needs trust for the benefit of C.R.

The Court further finds that both Hayden Ryan and Autumn Ryan, individually and as next friend of C.R., a minor, agree and believe that the settlement of the case with Defendant is in the best interest of their minor child, C.R., and requests the Court to approve the settlement;

The Court further finds that bona fide disputes and controversy exists between Plaintiffs and Defendant, both as to the fact and extent of liability, if any, and as to the fact and extent of damages, if any;

The Court, having previously found that there is a potential conflict of interest between Hayden Ryan and Autumn Ryan, individually and as next friend of C.R., a minor, relative to the settlement, ordered and appointed Ted Sherwood, Esq. as guardian *ad litem* to represent C.R., a minor;

The Court further finds that Ted Sherwood, Esq., as court appointed guardian *ad litem* for the benefit of C.R., has no interest adverse to C.R., and is not related to Hayden Ryan, Autumn Ryan, or C.R., a minor, by blood or by marriage;

The Court further finds that Ted Sherwood, Esq. is acting in the best interest of C.R., and is authorized to act on behalf of and in the best interest of C.R., a minor;

The Court further finds that the duly appointed guardian *ad litem*, Ted Sherwood, Esq., has sufficiently investigated the facts in connection with this lawsuit, and the terms of the written settlement agreement between Plaintiffs and Defendant and that he, together with counsel for Plaintiffs, announced in open court that it is their opinion that the settlement agreement is fair, just, reasonable, acceptable, and in the best interest of C.R., a minor;

The Court therefore finds that the guardian *ad litem* acted in the best interest of the minor, C.R., and that the actions and recommendations of the guardian *ad litem* are therefore ratified and approved by the Court;

The Court has also been advised of the terms of the written settlement agreement between Plaintiffs and Defendant, which transcript of proceeding has been placed under seal, and further finds that the terms of the above-referenced agreement are fair, reasonable, and in the best interest of all parties, including but not limited to the minor child, C.R. and that the settlement should be, in all things, approved;

The Court therefore finds that all claims between Plaintiffs and Defendant shall be and are resolved and dismissed with prejudice in accordance with said terms;

The Court finds that $ ~~is a reasonable fee for the services of~~ Ted Sherwood, Esq., [has waived his fee as] the court appointed guardian *ad litem* for C.R. ~~and, in connection with this settlement, finds this amount shall be compensated as a reasonable fee out of this District's Attorney Admission Fund.~~ THEREFORE,

---

FINAL JUDGMENT                                                                                                          PAGE 3

IT IS ORDERED, ADJUDGED AND DECREED that the settlement and resolution of this case between Plaintiffs and Defendant as documented in the written settlement agreement executed between the parties is in all things APPROVED. It is further

ORDERED ADJUDGED, AND DECREED that this case and all claims asserted or assertable herein are DISMISSED WITH PREJUDICE;

It is further ORDERED, ADJUDGED, AND DECREED that all costs of court incurred in this case as between Plaintiffs and Defendant, with the exception of the guardian *ad litem* fees referenced herein, shall be borne and taxed against the party incurring same;

It is further ORDERED, ADJUDGED, AND DECREED that $~~represents a reasonable fee for the time and expenses incurred by~~ Ted Sherwood, Esq. the guardian *ad litem* for the benefit of C.R. in connection with this settlement of this matter, has waived his Fee ~~with such amount be paid out of this District's Attorney Admission Fund~~; and

It is further ORDERED, ADJUDGED, AND DECREED that this is a final judgment as to all claims asserted or assertable herein.

SO ORDERED.

SIGNED this 8th day of November, 2018.

UNITED STATES DISTRICT JUDGE

---

FINAL JUDGMENT                                                                 PAGE 4

APPROVED AS TO FORM AND SUBSTANCE:


By: */s/ J. Brian Brandes*
    J. Brian Brandes
    OBA #21112
    brian@brandesandyancy.com

**BRANDES & YANCY, P.L.L.C.**
1214 E. 33rd St.
Tulsa, OK 74105
(918) 924-5520
(918) 796-5717(Fax)

ATTORNEY FOR PLAINTIFFS



By: */s/ Michael G. Brown*
    Michael G. Brown, Admitted *pro hac vice*
    Texas Bar No. 03153800
    mike.brown@figdav.com
    Andrew G. Jubinsky, Admitted *pro hac vice*
    Texas Bar No. 11043000
    andy.jubinsky@figdav.com

**FIGARI + DAVENPORT, LLP**
901 Main Street, Suite 3400
Dallas, TX 75202
(214) 939-2000
(214) 939-2090 (Fax)

ATTORNEYS FOR DEFENDANT